UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY FINK,

Plaintiff,

v. Case No: 2:16-cv-303-FtM-29CM

OCWEN LOAN SERVICING, LLC,

Defendant.

---

**ORDER**

This matter came before the Court on defendant's Motion to Dismiss, or in the Alternative to Stay Action and Compel Arbitration (Doc. #14) filed on June 6, 2016. On June 16, 2016, the parties filed a Stipulation (Doc. #15) agreeing that defendant’s alternative Motion to Compel Arbitration should be granted, that the parties should be compelled to arbitrate, and that this case should be stayed.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Motion to Dismiss, or in the Alternative to Stay Action and Compel Arbitration (Doc. #14) is **GRANTED** in the alternative and this case is **stayed** pending arbitration pursuant to the parties’ Stipulation (Doc. #15).

2. The Clerk shall administratively close the case pending notification by the parties that the stay is due to be lifted and the case reopened, or dismissed if appropriate.

**DONE and ORDERED** at Fort Myers, Florida, this 17th day of June, 2016.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record